UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE SUE MASEDA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:20-cv-1657 JLT<br><br>ORDER GRANTING THE COMMISSIONER'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 21) |

On October 21, 2021, the Commissioner filed a stipulation of the parties for an extension sixty days to respond to the opening brief. (Doc. 21.) Margaret Lehrkind, counsel for the Commissioner, asserts that the additional time is necessary due to the workload of the Region IX Office. (*Id.* at 1-2.) Plaintiff does not oppose the request, and it does not appear either party would be prejudiced by the delay. (*Id.* at 3.) Accordingly, the Court **ORDERS**:

1. The request for an extension of time (Doc. 21) is **GRANTED**; and
2. The Commisioner **SHALL** file a response no later than **January 21, 2022**.

IT IS SO ORDERED.

Dated:  **October 22, 2021**　　　　　　　 **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE