UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANNETTE SUE MASEDA,

     Plaintiff,

     v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

     Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

CIVIL NO. 1:20-cv-01657-BKA-GSA

**ORDER ON STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT;**

     Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.  The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

     Dated:   **January 25, 2022**                          **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE