# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| Annette Sue Maseda, | Case No.  1:20-cv-01657-BAK-GSA |
| Plaintiff, | **STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; ORDER** |
| v. | |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of SEVEN THOUSAND DOLLARS AND 00/100 ($7,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S. Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause

the payment of fees, expenses and costs to be made directly to Counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel, Jonathan O. Peña.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Counsel including Counsel's firm may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Counsel and/or Counsel's firm to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,


Dated: April 25, 2022                 _____ /s/ *Jonathan O. Peña* _____
                                      JONATHAN O. PEÑA
                                      Attorney for Plaintiff


Dated: April 25, 2022                 PHILLIP A. TALBERT
                                      United States Attorney
                                      PETER K. THOMPSON
                                      Acting Regional Chief Counsel, Region IX
                                      Social Security Administration

                                      By:  _*  *Margaret Lehrkind*
                                      Margaret Lehrkind
                                      Special Assistant U.S. Attorney
                                      Attorneys for Defendant
                                      (*Permission to use electronic signature
                                      obtained via email on April 25, 2022).

-2-

1
2
## ORDER

3        Based upon the parties' Stipulation for the Award and Payment of Equal Access

4   to Justice Act Fees and Expenses (the "Stipulation"),

5
6        **IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND

7   DOLLARS AND 00/100 ($7,500.00) as authorized by the Equal Access to Justice Act

8   (EAJA), 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

9
10  IT IS SO ORDERED.

11      Dated:   **April 26, 2022**              **/s/ Gary S. Austin**
12                                          UNITED STATES MAGISTRATE JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-